# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Tarrill Peters, Jr.

CASE NUMBER: 1:21-cv-04366

V.

ASSIGNED JUDGE: Honorable Charles R. Norgle

City of Chicago, Cook County, Michael Petraski, Star No. 21001, Juan Morales, Star No. 20741, Arthur Taraszkiewicz, Star No. 21183, Joseph Marszalec, Star No. 21234, John Campbell, Star No. 21279, Thomas Flaherty, Star No. 1732, and Assistant State's Attorney Martin Moore

DESIGNATED MAGISTRATE JUDGE: Honorable Susan E. Cox

TO: (Name and address of Defendant)

Joseph Marszalec, Star No. 21234
City of Chicago
City Clerk's Office
City Hall
121 N. LaSalle St., #107A
Chicago, IL

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig C. Martin, Michael G. Babbitt, Aaron J. Hersh, and Bianca L. Valdez
300 North LaSalle, Chicago, Illinois 60654-3406, (312) 728-9000
Email: cmartin@willkie.com, mbabbitt@willkie.com, ahersh@willkie.com, bvaldez@willkie.com

Daniel Massoglia, First Defense Legal Aid, 601 S. California Ave., Chicago, IL 60612
(708) 797-3066, Email: daniel@first-defense.org

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



(By) DEPUTY CLERK

August 18, 2021

DATE

Civil Action No. 21cv4366

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Joseph Marszalec, Star No. 21234 c/o City of Chicago</u> was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* <u>STACEY HASKIN</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Joseph Marszalec, Star No. 21234 c/o City of Chicago</u> on *(date)* <u>Thu, Aug 19 2021</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u> .

I declare under penalty of perjury that this information is true.

Date: 08/19/2021

*Server's signature*

Michael Moriarty 115.002584

*Printed name and title*

1 S. Dearborn St. WeWork #20-110, Chicago, IL 60603

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 19, 2021, 9:45 am CDT at 121 N La Salle St 107A, Chicago, IL 60602 received by STACEY HASKIN. Age: 40'S; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'8"; Hair: Black; Relationship: EMPLOYEE AUTHORIZED TO ACCEPT SERVICE;