IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARRILL PETERS, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 21-cv-4366 |
| CITY OF CHICAGO, COOK COUNTY, ) | |
| SERGEANT MICHAEL PETRASKI, STAR ) | Judge: Hon. Charles R. Norgle, Sr. |
| NUMBER 21001, DETECTIVE NAN ) | Magistrate: Hon. Susan E. Cox |
| MORALES, STAR NUMBER 20741, ) | |
| DETECTIVE ARTHUR TARASZKIEWICZ, ) | |
| STAR NUMBER 21183, DETECTIVE ) | |
| JOSEPH MARSZALEC, STAR NUMBER ) | |
| 21234, DETECTIVE JOHN CAMPELL, ) | |
| STAR NUMBER 21279, DETECTIVE ) | |
| THOMAS FLAHERTY, STAR NUMBER ) | |
| 1732, ASSISTANT STATE'S ATTORNEY ) | |
| MARTIN MOORE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS, COOK COUNTY and ASSISTANT STATE'S ATTORNEY MARTIN MOORE'S, UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, COOK COUNTY and ASSISTANT STATE'S ATTORNEY MARTIN MOORE ("County Defendants"), by and through their undersigned counsel, respectfully move this Court to extend their time to file a responsive pleading to plaintiff's Complaint and state the following in support of this motion:

1. The undersigned counsel was recently retained to represent these defendants in this litigation.

      2.      The undersigned counsel would like an additional seven days, or until November 15, 2021, to file its responsive pleading on behalf of these defendants.

      3.      On November 8, 2021, the undersigned counsel communicated with Plaintiff's counsel, who indicated that he has no objection to this requested extension.

      4.      The requested extension of time will not materially prejudice the Plaintiff's interest and is not being made to cause an unnecessary delay in the adjudication of this alleged dispute between the parties.

WHEREFORE, Defendants Cook County and Assistant State's Attorney Martin Moore respectfully request that this Court grant their motion and enter an order extending their time to answer or otherwise plead to Plaintiff's Complaint to November 15, 2021.

Respectfully submitted,

s/ William B. Oberts
Attorney for defendants, Cook County and
Assistant State's Attorney Martin Moore

William B. Oberts, Esq.- # 6244723
Amy M. Kunzer, Esq. - #6293176
Tribler Orpett & Meyer, P.C.
225 W. Washington, Suite 2550
Chicago, IL 60606
(312) 201-6400
wboberts@tribler.com
amkunzer@tribler.com
docket@tribler.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of Defendants, Cook County and Assistant State's Attorney Martin Moore's, Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint, was served upon:

| *Attorneys for Plaintiff* | *Attorneys for City of Chicago* |
|---|---|
| Aaron J. Hersh<br>Bianca L. Valdez<br>Michael G. Babbitt<br>Craig C. Martin<br>Willkie Farr & Gallagher LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-728-9000<br>ahersh@willkie.com<br>bvaldez@willkie.com<br>mbabbitt@willkie.com<br>cmartin@willkie.com<br><br>Daniel Massoglia<br>First Defense Legal Aid<br>601 S. California Ave.<br>Chicago, IL 60612<br>336 575 6968<br>daniel@first-defense.org | Eydie R. Vanderbosch<br>Eydie R. Vanderbosch, Esq. Legal and Consulting Services<br>10 S. Riverside Plaza Suite 875<br>Chicago, IL 60606<br>(312) 523-5299<br>eydie@ervjd.com<br><br>***Attorneys for Petraski, Morales, Taraszkiewicz, Marszalec, Campbell, Flaherty***<br>Jessica L. Griff<br>Gregory M. Beck<br>City of Chicago Department of Law<br>2 N. LaSalle Street, Suite 420<br>Chicago, IL 60602<br>(312) 744-2826<br>Jessica.griff@cityofchicago.org<br>Gregory.beck@cityofchicago.org |

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 on the 8th day of November, 2021.

                                                               s/ William B. Oberts
                                                               an Attorney