# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tarrill Peters Jr

                         Plaintiff,

v.                                      Case No.: 1:21–cv–04366
                                           Honorable Charles R. Norgle Sr.

City of Chicago, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's unopposed motion for extension of time to file response to motion by Defendants Cook County, Martin Moore to dismiss [45] is granted. Plaintiff is granted a two–week extension until December 21, 2021 to respond to ASA Moore and County's Motion to Dismiss. Defendants' reply will be due on January 11, 2022. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.