# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TARRILL PETERS, JR., | |
| Plaintiff, | Civil Action No. 1:21-cv-04366 |
| vs. | |
| CITY OF CHICAGO, COOK COUNTY, SERGEANT MICHAEL PETRASKI, STAR NUMBER 21001, DETECTIVE JUAN MORALES, STAR NUMBER 20741, DETECTIVE ARTHUR TARASZKIEWICZ, STAR NUMBER 21183, DETECTIVE JOSEPH MARSZALEC, STAR NUMBER 21234, DETECTIVE JOHN CAMPBELL, STAR NUMBER 21279, DETECTIVE THOMAS FLAHERTY, STAR NUMBER 1732, AND ASSISTANT STATE'S ATTORNEY MARTIN MOORE, | Judge Charles J. Norgle  Magistrate Judge Susan E. Cox |
| Defendants. | **JURY TRIAL DEMANDED** |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

Jessica L. Griff
Gregory Beck
City of Chicago Department of Law
2N. LaSalle, Suite 900
Chicago, IL 60602
(312) 744-2826
Email: Jessica.Griff@cityofchicago.org
　　　　Gregory.Beck@cityofchicago.org

Eydie R. Vanderbosch
Eydie R. Vanderbosch, Esq. – Legal and Consulting Services
10 S. Riverside Plaza
Suite 875
Chicago, IL 60606

(312) 474-6043
Email: eydie@ervjd.com

**PLEASE TAKE NOTICE** that on this 17th day of December, 2021, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a transcript of telephonic proceedings in *Domingo v. Wooden*, 18-cv-4653 (N.D. Ill. Aug. 16, 2021) as **Exhibit 1** to **PLAINTIFF'S RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS**, filed on December 2, 2021, Docket Number 46. A copy of which is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be delivered by electronic means to the person named above at the address shown this 17th day of December, 2021.

Dated: December 17, 2021                    Respectfully submitted,

                                                        **WILLKIE FARR & GALLAGHER LLP**

                                                        *s/ Michael G. Babbitt*

                                                        Craig C. Martin
                                                        Michael G. Babbitt
                                                        Aaron J. Hersh
                                                        Bianca L. Valdez
                                                        300 North LaSalle
                                                        Chicago, Illinois 60654-3406
                                                        (312) 728-9000
                                                        Email: cmartin@willkie.com
                                                                               mbabbitt@willkie.com
                                                                               ahersh@willkie.com
                                                                               bvaldez@willkie.com

                                                        Daniel Massoglia
                                                        First Defense Legal Aid
                                                        601 S. California Ave.
                                                        Chicago, IL 60612
                                                        (708) 797-3066
                                                        Email: daniel@first-defense.org

                                                        *Attorneys for Tarrill Peters, Jr.*